UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-69 (1) |
| | ) | |
| DEE GRIFFIN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 16, 2009 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Dee Griffin's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  November 3, 2009 

                                                    /s/ Robert L. Miller, Jr.
                                                    Chief Judge
                                                    United States District Court